(INND Rev. 8/16) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

NOV 02 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

LaSundra Norman

[You are the PLAINTIFF, print your full name on this line.]

v.

P.L.I

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 2 17CV416

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Tim Loveless | 3715 Washington St Gary IN, 46408 |
| 2 | [Put the names of any other defendants in these boxes.] Section 8 housing Dept | 5240 Fountain Dr. Crown point, IN 46307 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2
2. What is your address? 31 N Wilson Street Hobart IN 46342

3. What is your telephone number: (731) 267-9008

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Attached - Shaky hand writer.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ☒ No.
  ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
I want all the money Section 8 gave PLI to be returned to me. So that I can buy my own home and don't have to rent any longer. And a reasonable amount for pain and suffering. From both Section 8 and P.L.I

FILING FEE – Are you paying the filing fee?
  ☐ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
  ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
**L.N**  I will keep a copy of this complaint for my records.
**L.N**  I will promptly notify the court of any change of address.
**L.N**  I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_                                               11-1-2017
Signature                                                   Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

<u>Plaintiffs Complaint</u>

1. I am filing this complaint against Company Property Liquidators INC, because on 10-23-17 when I complained to section 8 that there was much needed work needed to be done to my unit, a unit that I and my family has been occupying for the last five years 12-12 to present. Property Liquidators INC. refused to renew my lease and the lease had already been signed and returned to Section 8 department in Merrillville Indiana. I explained in writing to Section 8, who pays a portion of my rent to property Liquidators each month that I and my child had been being very Ill from mold in the home, and spider bites all over our bodies. In addition to a bug problem, there is a rat and mice problem, in addition to that it rains out in my garage which is the source of all the other problems. (Pictures available)

2. Section 8 department, in return to my complaint sent to me by U.S Mail a notice to vacate by November 30 2017. Who can find adequate housing in less than one month? Just before winter. The unit has been kept up by me, Property Liquidators INC only concern has been collecting $935.00 each month for five years, minus $50.00 each lessor year due to yearly rent increases. Property Liquidators has been paid over the course of five years over $ 40,000 dollars from Me and Section 8 combine. But, instead of helping me purchase my own home they insist on making me deal with slum lords. The Section 8 program has been very stressful to deal with. They never had me or my family best interest at heart, they would rather give money Property Liquidators, rather than assist me and my children have a stable life instead of having to keep moving around all the time. I have been made to feel like a modern day slave by both parties.

3. Property Liquidators had no consideration that my child who goes to in school in Hobart Indiana and wants to graduate from the school she attends, where she is a junior at Hobart High School.

4. I have been a great tenant and don't deserve to be treated like this by any-one.

5. My injuries are fever, difficulty breathing, throat irritation, and coughing, nasal problems from mold in each and every room in this home. All I ask was that the problem be fixed. This involves me and my minor child. I reported Property Liquidators to the Health Department on 10-31-2017, and they will be coming out to the home and doing and inspection regarding my complaint. I have no desire to stay at 31 n. Wilson Street any longer but will need more time than a month to find suitable housing. This concludes my complaint.

Respectfully Submitted, Lasandra Norman

*Lasandra Norman*

11-2-2017

Exibit 1

# PROPERTY LIQUIDATORS INC.

**REALTORS**  EST. 1987

3715 Washington St.  
GARY, IN 46408

PHONE: 219-887-4300  
FAX:    219-884-9426

E-mail: pliREALTOR@sbcglobal.net

---

October 29, 2017

*The Notice that was sent to me after Five years of renting From this Company.*

Ms. LaSandra Norman  
31 N. Wilson St.  
Hobart, IN 46342

Dear Ms. Norman;

   This is a required 30 day notice that we will not be renewing your least. There will not be any extensions given. Please start looking for another unit.

Thank-you for the opportunity to serve your rental needs.

Thanks

Management

cc: NWICA- Gezia